# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petitioner(s)

- against -

ELLINA MATSKINA, L.AC., ET AL.,

Defendant(s)
Respondent(s)

INDEX #:
CV14-01330
DATE FILED:
02/27/2014

JUDGE:
COGAN, J.
ATTORNEY FILE#:
9162-1024

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 02/28/2014, 04:27PM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on ACUPUNCTURE APPROACH, P.C. S/H/A ACUPUNCTURE APPROACH, PC, a defendant in the above action.

Deponent served CHAD MATICE, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 32    Approximate height 6'01"    Approximate weight 210    Color of skin WHITE    Color of hair BROWN    Other
GLASSES

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

MICHAEL CORLEONE

Sworn to before me on 04/03/2014
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017