# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petitioner(s)

- against -

ELLINA MATSKINA, L.AC., ET AL.,

Defendant(s)
Respondent(s)

INDEX #: CV14-01330
DATE FILED: 02/27/2014

JUDGE: COGAN, J.
ATTORNEY FILE#: 9162-1024

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 04/03/2014, 07:09AM at 2125 EAST 14TH STREET, 2ND FLOOR APT., BROOKLYN NY 11229, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on ELLINA MATSKINA, L.AC., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 53    Approximate height 5'06"    Approximate weight 128    Color of skin WHITE    Color of hair BLONDE/GRAY
Other ACCENT

ELLINA MATSKINA, L.AC. told the deponent that she was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 04/04/2014
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017