# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY, ET AL.,

Plaintiff(s) / Petitioner(s)

- against -

ELLINA MATSKINA, L.AC., ET AL.,

Defendant(s) / Respondent(s)

INDEX #: CV14-01330
DATE FILED: 02/27/2014
JUDGE: COGAN, J.
ATTORNEY FILE#: 9162-1024

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 04/15/2014, 07:16AM at 9823 HORACE HARDING EXPRESSWAY, APARTMENT #15C, CORONA NY 11368, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT & STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 on ROMAN SHIMUNOV, L.AC., a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 43   Approximate height 5'09"   Approximate weight 185   Color of skin WHITE   Color of hair BLACK & GREY
Other ACCENT, MUSTACHE & BEARD

ROMAN SHIMUNOV, L.AC. told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 04/23/2014
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2017