UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
et al.,

                    Plaintiffs,

-against-

ELLINA MATSKINA, L.AC., et al.,

                    Defendant.

------------------------------------------------------------X

Docket No.:
CV 14-CV-1330 (BMC)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Liberty Mutual Insurance Company (collectively referred to as "Plaintiffs") and their counsel hereby give notice that Plaintiffs voluntarily dismisses its claims against defendant Dmitry Zapolsky without prejudice.

Dated: July 18, 2014

RIVKIN RADLER LLP

By: /s/_____
     Ryan Goldberg, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000

**S O  O R D E R E D:**

_____
U.S.D.J.
Dated:_____, 2014